FILED

UNITED STATES DISTRICT COURT 22 PM 4:23
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

ANTONIO WALTHOUR

CASE NO.  6:19-cr-|ᔭᔭ-ᴏ|2L-31ᴅᴄᴵ
21 U.S.C. § 846
18 U.S.C. § 2320(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date, but not later than on or about July 7, 2015 and continuing through on or about August 26, 2015, in the Middle District of Florida, and elsewhere, the defendant,

ANTONIO WALTHOUR,

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and

concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. § 846.

## COUNT TWO

Beginning on an unknown date, but not later than on or about July 7, 2015 and continuing through on or about August 26, 2015, in the Middle District of Florida, and elsewhere, the defendant,

### ANTONIO WALTHOUR,

did intentionally conspire with other persons, both known and unknown to the Grand Jury, to intentionally traffic in a counterfeit drug, that is, counterfeit prescription drugs, knowingly using counterfeit marks, that is, the names "Percocet," "Watson," and "Xanax," on and in connection with the drugs, in violation of 18 U.S.C. § 2320(a)(4).

All in violation of 18 U.S.C. § 2320(a) and (b)(3).

## FORFEITURE

1.    The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853 and 18 U.S.C. § 2323.

2.    Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2),

any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.     Upon conviction of a violation of 18 U.S.C. § 2320(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2320(b), any article, the making or trafficking of which is, prohibited under section 2320, of this title; any property used, or intended to be used, in any manner or part to commit or  facilitate the commission of such offense; and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of such offense.

4.     If any of the property described above, as a result of any acts or omissions of the defendant:

        a.     cannot be located upon the exercise of due diligence;

        b.     has been transferred or sold to, or deposited with, a third party;

        c.     has been placed beyond the jurisdiction of the Court;

        d.     has been substantially diminished in value; or

        e.     has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2323(b)(2).


A TRUE BILL,


Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## ANTONIO WALTHOUR

## INDICTMENT

Violation:

21 U.S.C. § 846
18 U.S.C. § 2320(a)

A true bill,

_____
Foreperson

Filed in open court this 22nd day of May, 2019.

_____
Clerk

Bail   $_____

GPO 863 525