AO 442 (Rev.11/11) Arrest Warrant

FID # 10892542

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2019 SEP 25 PM 1:24

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 6:19-cr-122-02L-31 DCI |
| ANTONIO WALTHOUR | ) |
| | ) |
| _____ | ) |
| Defendant | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **ANTONIO WALTHOUR**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 846.
Conspiracy to intentionally traffic in counterfeit drugs, in violation of 18 U.S.C. § 2320(a).

Date: 5/23/19

Issuing officer's signature

City and state: Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court
Printed name and title

### Return

This warrant was received on (date) 5/23/19, and the person was arrested on (date) 6/27/19
at (city and state) Nashville, TN.
Date: 9/25/19

Arresting officer's signature

Anthony Jurgensen  DUSM
Printed name and title