# U.S. District Court
## Middle District of Tennessee (Nashville)
### CRIMINAL DOCKET FOR CASE #: 3:20-mj-01171 All Defendants
### Internal Use Only

Case title: USA v. Walthour

Date Filed: 11/16/2020
Date Terminated: 11/19/2020

Assigned to: Magistrate Judge Barbara D. Holmes

**ATTEST AND CERTIFY A TRUE COPY**
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
By _____ Deputy Clerk

### Defendant (1)

**Antonio Walthour**
*Rule 5 Transfer to the Middle District of Florida*
*TERMINATED: 11/19/2020*

represented by **Mariah A. Wooten**
Federal Public Defender's Office (MDTN)
810 Broadway
Suite 200
Nashville, TN 37203
(615) 736-5047
Email: mariah_wooten@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
18:3148 Violations of conditions of release

### Disposition

### Plaintiff
**USA**

represented by **Andrew Notaristefano**
U.S. Attorney's Office (Nashville Office)
Middle District of Tennessee
110 Ninth Avenue, S

Suite A961
Nashville, TN 37203-3870
(615) 736-2143
Fax: (615) 401-6626
Email: andrew.notaristefano@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2020 | 1 | Warrant Issued in the Middle District of Florida Returned Executed in this District on 11/16/2020 as to Antonio Walthour. (Attachments: # 1 Petition from USPO)(dt) (Entered: 11/19/2020) |
| 11/16/2020 | | Arrest (Rule 5) of Antonio Walthour. (dt) (Entered: 11/19/2020) |
| 11/16/2020 | 2 | MOTION for Detention by USA as to Antonio Walthour. (dt) (Entered: 11/19/2020) |
| 11/16/2020 | 3 | Minute Entry for proceedings held before Magistrate Judge Barbara D. Holmes: Initial Appearance in Rule 5(c)(3) Proceedings as to Antonio Walthour held on 11/16/2020. Defendant appeared with appointed counsel Mariah A. Wooten. (dt) (Entered: 11/19/2020) |
| 11/16/2020 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Antonio Walthour. Signed by Magistrate Judge Barbara D. Holmes on 11/16/2020. (dt) (Entered: 11/19/2020) |
| 11/16/2020 | 5 | ORDER HOLDING DEFENDANT TO ANSWER IN THE MIDDLE DISTRICT OF FLORIDA as to Antonio Walthour. Signed by Magistrate Judge Barbara D. Holmes on 11/16/2020. (dt) (Entered: 11/19/2020) |
| 11/16/2020 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Antonio Walthour. Defendant committed to Middle District of Florida. Signed by Magistrate Judge Barbara D. Holmes on 11/16/2020. (dt) (Entered: 11/19/2020) |
| 11/19/2020 | 7 | Rule 5(c)(3) Documents Transmitted to Middle District of Florida as to Antonio Walthour. (dt) (Entered: 11/19/2020) |
| 11/19/2020 | 🔒 | (Court only) ***Case Terminated (Rule 5 Transfer to the Middle District of Florida). (dt) (Entered: 11/19/2020) |

AO 442 (Rev. 11/11) Arrest Warrant

FID# 10891242

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

ATTEST AND CERTIFY
A TRUE COPY
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
By _____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANTONIO WALTHOUR | ) | Case No.  6:19-cr-122-Orl-41DCI |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

MIDDLE FLORIDA ORLANDO
2020 -9 PM 12: 27
RECEIVED U.S. MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANTONIO WALTHOUR
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Pretrial Release conditions.
See Attached Petition.

[CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL ... COURT ... FLORIDA ... CLERK]

Date: 03/09/2020            _____
                            *Issuing officer's signature*

City and state: Orlando, Florida            N. Rodriguez, Deputy Clerk
                                            *Printed name and title*

---

### Return

This warrant was received on *(date)* 11/16/20 , and the person was arrested on *(date)* 11/16/20
at *(city and state)* Nashville, TN

Date: 11/16/20            _____
                          *Arresting officer's signature*

                          Brian Biermann, DUSM
                          *Printed name and title*

FID# 10891242

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

20-mj-1171

United States of America
v.
ANTONIO WALTHOUR

Case No. 6:19-cr-122-Orl-41DCI

MIDDLE FLORIDA ORLANDO
2020 MAR -9 PM 12: 27
RECEIVED U.S. MARSHAL

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANTONIO WALTHOUR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Pretrial Release conditions.
See Attached Petition.

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
U.S. DISTRICT COURT
MIDDLE FLORIDA
DEPUTY CLERK

Date: 03/09/2020

*Issuing officer's signature*

City and state: Orlando, Florida     N. Rodriguez, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____     *Arresting officer's signature* _____ |
| *Printed name and title* |

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## PRETRIAL SERVICES OFFICE

401 W. Central Blvd., Ste 1-300  
Orlando, FL 32801

Phone: (407) 835-3950  
Fax: (407) 835-3951

# MEMORANDUM

| | |
|---|---|
| **TO:** | Honorable Daniel C. Irick<br>United States Magistrate Judge |
| **FROM:** | Ebonie Henderson<br>United States Pretrial Services Officer |
| **RE:** | Antonio Walthour<br>Case No. 6:19-cr-00122-CEM-DCI-1<br>**VIOLATION REPORT- REQUESTING** |
| **DATE:** | March 4, 2020 |



## RELEASE STATUS:

On June 27, 2019, the defendant appeared before Magistrate Judge Jeffery S. Frensely in the Middle District of Tennessee for his Initial Appearance. The defendant was released to pretrial supervision and that district provided courtesy supervision at that time.

On November 19, 2019, the defendant appeared before Your Honor for his in-district Initial Appearance and Arraignment. The defendant was released conditions of release previously set in the Middle District of Tennessee.

On January 16, 2020, the defendant appeared before District Judge Carlos E. Mendoza and pled guilty to Count One of the Indictment and the Court withheld adjudication of the defendant until sentencing. Sentencing is set for April 1, 2020, at 9:00 AM.

## APPARENT VIOLATIONS:

1) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

   On November 5, 2019, the defendant submitted a drug test, which returned a positive result for the presence of marijuana and cocaine. On December 5, 2019, the defendant submitted a drug test, which returned a positive result for the presence of marijuana. On March 3, 2020, the defendant submitted a drug test, which returned a positive result for the presence of marijuana and methamphetamine.

2) The defendant must not violate federal, state, or local law while on release.
   On March 3, 2020, the defendant was arrested in Tennessee by the 19th Judicial District Drug Task Force with Evidence-Tampering With Or Fabricating, Evading Arrest, Methamphetamine Violation, Unlawful Drug Paraphernalia, Traffic-Speeding, and Driving While License Revoked Or Suspended.

## OFFICER INTERVENTION

On December 19, 2019, this Officer received an email from the defendant's assigned Probation Officer, Tiana Rock, in the Middle District of Tennessee. She informed this writer that on November 5, 2019, the defendant tested positive for marijuana and cocaine. The laboratory confirmed the results on November 12, 2019. Additionally, on December 5, 2019, the defendant submitted a drug screen that was positive for marijuana. On December 10, 2019, the laboratory confirmed the positive result. That same day, the defendant was referred for a substance abuse assessment and drug screening was increased.

On March 3, 2020, this writer received an email from Probation Officer Tiana Rock to inform this Officer that the defendant tested positive for marijuana and methamphetamine. The defendant admitted to Ms. Rock that he used ecstasy and marijuana on February 29, 2020.

On March 4, 2020, this Officer received an email from Ms. Rock advising this writer that the defendant was arrested March 3, 2020. This Officer conducted a criminal record check through the National Crime Information Center (NCIC) and ATLAS. The database revealed on March 3, 2020, the defendant was arrested by the 19th Judicial District Drug Task Force with Evidence-Tampering With Or Fabricating, Evading Arrest, Methamphetamine Violation, Unlawful Drug Paraphernalia, Traffic-Speeding, and Driving While License Revoked Or Suspended. This information was also confirmed with the Montgomery County Sheriff's Booking website at the time of this violation.

Ms. Rock could not provide the arrest report by the case agent at the time of this violation and she noted she could provide the report as soon as it became available. The agent did explain via email that the incident happened in the Summit Heights area and the agent thought a drug deal occurred so he got behind the defendant's vehicle and the defendant sped off. The agent advised that law enforcement had to use spikes to get the vehicle to stop. A baggie was thrown out of the defendant's window, which was located and contained a white powder residue that tested positive for methamphetamines. The defendant's passenger was arrested at that time as well. According to the booking sheet, the defendant's bond is $107,250.

This Officer notified Assistant United States Attorney Dana Edward Hill of this violation and he concurred with the recommendation of Pretrial Services to revoke bond and issue a warrant. Defense Counsel Charles M. Greene was also notified of this violation.

## DEFENDANT'S ADJUSTMENT TO SUPERVISION

Other than these instances, Ms. Rock has not reported any other violations of Pretrial Release. The defendant has complied with all other bond conditions.

The defendant was unable to be contacted as he is being held in Montgomery County Jail.

## RECOMMENDATION

Based upon the defendant's positive drug screenings and new law violations, and the fact that the defendant will be sentenced on April 1, 2020, it is respectfully requested that the defendant's bond be revoked and a warrant is issued.

*[signature]*     March 4, 2020
Ebonie Henderson     Date
United States Pretrial Services Officer

*Reviewed via email*
Brandon Ramirez, Supervisory     March 4, 2020
United States Pretrial Services Officer     Date

**CONFIDENTIAL PAGE TO JUDICIAL OFFICER**

**OFFICER COMMENT AND RECOMMENDATION:**

The defendant has continued to test positive for illicit substances, and has been rearrested on new law violations. Additionally, the defendant was given an opportunity after his first positive urinalysis to complete a substance abuse assessment and receive increased drug screenings to correct his noncompliance but neither of those options worked as he continued to test positive for illicit substances and violate the law while on Pretrial Release.

Based upon the defendant's inability to comply with the terms and conditions of release, it is respectfully recommended that a warrant be issued for Mr. Antonio Walthour's arrest, and the defendant's bond be revoked.

_____  3/4/2020
Ebonie Henderson             Date
United States Pretrial Services Officer

Reviewed by:

via email                    3/4/2020
_____      Date
Brandon Ramirez, Supervisory
United States Pretrial Services Officer

PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## For the
## Middle District Of Florida

U.S.A. vs. Antonio Walthour                     Docket No. 113A 6:19-CR-00122-01

Petition for Action on Conditions of Pretrial Release

COMES NOW Ebonie Henderson, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Antonio Walthour, who was placed under pretrial release supervision by the Honorable Daniel C. Irick in the Court at Orlando, Florida, on November 19, 2019.

Respectfully presenting a petition for action of Court and for cause as follows:

1. **Defendant shall not use or unlawfully possess a narcotic drug or other controlled substance unless as prescribed by a license medical practitioner.**

   On November 5, 2019, the defendant submitted a drug test, which returned a positive result for the presence of marijuana and cocaine. On December 5, 2019, the defendant submitted a drug test, which returned a positive result for the presence of marijuana. On March 3, 2020, the defendant submitted a drug test, which returned a positive result for the presence of marijuana and methamphetamine.

2. **Defendant must not violate federal, state, or local law while on release.**

   On March 3, 2020, the defendant was arrested in Tennessee by the 19th Judicial District Drug Task Force with Evidence-Tampering With Or Fabricating, Evading Arrest, Methamphetamine Violation, Unlawful Drug Paraphernalia, Traffic-Speeding, and Driving While License Revoked Or Suspended.

PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST AND HIS BOND BE REVOKED THROUGH THE PENDENCY OF HIS CASE.

ORDER OF COURT

Considered and ordered this _____ day of _____, 2020 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge
Daniel C. Irick

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2020

_____
U.S. Pretrial Services Officer
Ebonie Henderson

Assistant United States Attorney, Dana Edward Hill: _____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ATTEST AND CERTIFY
A TRUE COPY
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
By _____
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. )
) No. 3:20mj1171
)
Antonio Walthour )

## UNITED STATES' MOTION FOR DETENTION

COMES NOW the United States of America by Donald Q. Cochran, United States Attorney, and Andrew Notaristefano, Assistant United States Attorney, and moves this Court for detention of the Defendant in this matter under 18 U.S.C. § 3142.

The United States would submit that the Defendant has a significant history of violent crime including the underlying bank robbery offense, an aggravated assault conviction, and a felony possession with intent to distribute conviction. He has been awaiting sentencing in the Middle District of Florida after pleading guilty to conspiracy to distribute fentanyl. He did not comply with the terms of his pretrial release by virtue of doing drugs and being arrested for a state crime. In that state arrest, the defendant fled from police, who had to use spikes to stop his vehicle.

The United States submits that the Defendant is both a danger to the community, and given his conduct while on pretrial release, a flight risk.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

By:

/s/ Andrew Notaristefano
ANDREW NOTARISTEFANO
Assistant U.S. Attorney
110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151
Andrew.notaristefano@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via email on the 16th day of November 2020

/s/ Andrew Notaristefano
ANDREW NOTARISTEFANO

2

MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
by VIDEOCONFERENCE

U.S.A. v. __Antonio Walthour_____, No. __20-mj-1171__

**ATTORNEY FOR GOVERNMENT:** __Notaristefano__

**ATTORNEY FOR DEFENDANT:** __Wooten_____ ☐ AFPD  ☐ Panel  ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** __Sonimar, Santos__

**INTERPRETER NEEDED?** ☐ YES (NO)  **LANGUAGE/INTERPRETER:** _____
☐ PRESENT   ☐ ON TELEPHONE

☒ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☒ ARRESTED ON: __11-16-20__
DEFENDANT HAS A COPY OF:
☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☒ Other __Order on Release Violation__
☒ Defendant advised of the charges and the maximum penalties
☐ Defendant has a copy of notice of rights
☒ Defendant advised of right to counsel     ☐ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed  ☒ FPD Appointed
☒ Defendant advised of right to silence
☐ Defendant advised of right to **Consular notification**
☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
☒ Government motion for detention
☐ Defendant temporarily detained           ☐ ICE detainer on defendant
☐ Defendant waived detention hearing       ☐ Defendant reserved right to hearing in future
☒ Defendant to remain in Federal custody
☐ Defendant to be returned to State custody  ☐ Defendant waived rights under IAD
☐ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant to remain on current conditions of **supervised release**
☐ Defendant released on:
  ☐ Own recognizance with conditions of release  ☐ standard  ☐ special
  ☐ Appearance bond in the amount of: _____
  ☐ Property bond [description of property]: _____
☒ **RULE 5** - Defendant advised of right to identity hearing   ☒ Defendant waived identity hearing
☒ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☒ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: _____

☐ **GRAND JURY WAIVED IN OPEN COURT**  [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof   ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY  ☐ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** __11-16-20__         **TOTAL TIME:** __17 min__
**BEGIN TIME:** __5:30__       **END TIME:** __5:47__
*Digitally Recorded*

ATTEST AND CERTIFY A TRUE COPY
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

ATTEST AND CERTIFY
A TRUE COPY
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
By _____
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. ) NO. 20-mj-1171
)
ANTONIO WALTHOUR )

# ORDER

On the basis of Defendant's affidavit in this cause, the Court determines that Defendant:

☐ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

☒ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

☒ is financially unable to pay the fee of any witness and pursuant to Rule 17(b), of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that Defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

☒ Upon Motion of the Government, the Court may order repayment or partial repayment from Defendant for the attorney and witness fees for these services should it appear Defendant has such ability at a later time.

It is so ORDERED.

Dated:      November 16, 2020

BARBARA D. HOLMES
United States Magistrate Judge

cc:   United States Attorney
      Federal Public Defender
      United States Probation
      United States Marshal

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

ATTEST AND CERTIFY
A TRUE COPY
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
By _____
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. ) MD/TN NO. 20-mj-1171
) MD/FL NO. 6:19-cr-122-ORL-41DC1
ANTONIO WALTHOUR )

## ORDER HOLDING DEFENDANT TO ANSWER
## IN THE MIDDLE DISTRICT OF FLORIDA

The defendant, Antonio Walthour, was arrested in this District on a Warrant issued on March 9, 2020, in the Middle District of Florida, charging him with violations of conditions of release.

### Section I. Preliminary Proceedings:

_X_ Defendant waived an identity hearing at the initial appearance.

_X_ Defendant waived any preliminary hearing to which he may be entitled pending his return to the MD/FL, requesting that any preliminary hearing be held in that district.

### Section II. Bond/Detention Proceedings.

_X_ Defendant waived a hearing on the Government's motion for detention pending his return to the MD/FL, requesting that the detention hearing be held in that district.

### IT IS HEREBY ORDERED:

_X_ That defendant be HELD TO ANSWER in the Middle District of Florida. Defendant shall be detained pending a hearing on the violations of conditions of release upon his return to the MD/FL, or further order of the Court. Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending disposition of the charges filed against him, and he shall be held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**It is SO ORDERED.**

BARBARA D. HOLMES
United States Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

ATTEST AND CERTIFY A TRUE COPY
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
By _____
Deputy Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  20-mj-1171 |
| | ) |
| ANTONIO WALTHOUR | ) Charging District's |
| *Defendant* | ) Case No.  6:19-cr-122-Orl- |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Middle____ District of ____Florida____ ,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant:  ☐ will retain an attorney.

x is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  Nov 16, 2020

_____
*Judge's signature*

BARBARA D. HOLMES, U.S. Magistrate Judge
*Printed name and title*

**\*Defendant elected to have any preliminary hearing he may be entitled to and a hearing on the Government's motion for detention upon his return to the Middle District of Florida.**