UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                              **Case No: 6:19-cr-122-Orl-41DCI**

**ANTONIO WALTHOUR**

**USM Number: 26129-075**

| | | | |
|---|---|---|---|
| **JUDGE:** | Carlos E. Mendoza | **COUNSEL FOR GOVERNMENT** | Dana Hill |
| **DEPUTY CLERK:** | Anita Chenevert | **COUNSEL FOR DEFENDANT:** | Charles Greene |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@gmail.com | **PRETRIAL/PROBATION** | Angela Harris-Butler |
| **DATE/TIME** | January 27, 2021 11:59 A.M. - 12:27 P.M. | **Interpreter** | N/A |
| **TOTAL TIME** | 28 minutes | | |

### MINUTES ON SENTENCING

**Case called; Appearances taken; Defendant sworn.  Defendant is adjudicated guilty of Count One of the Indictment.**

**SENTENCE IMPOSED as to** Count One of the Indictment.

**IMPRISONMENT**: **42 Months**.
　　　Court will recommend placement at Jesup, GA to be near family.

**SUPERVISED RELEASE**: **3 years**.

*Special conditions of supervised release:*

(1) The defendant shall participate in a substance abuse program (outpatient and/or inpatient).

(2) Defendant shall cooperate in the collection of DNA.

(3) Mandatory drug testing requirements are imposed.

**FINE**: Waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

The plea agreement is accepted.

**DISMISSED:** In accordance with the plea agreement, it is ordered that COUNT 2 of the Indictment be **DISMISSED**.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Court is adjourned.